FILED BY  D.C.

UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

PM 12: 32

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

KAVIN M. CARTER

JUDGMENT IN A CIVIL CASE

v.

CITIFINANCIAL MORTGAGE CO., et al.

CASE NO: 04-2832-D

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Of Dismissal entered on May 17, 2005, this cause is hereby dismissed.**

APPROVED:

_____
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

May 18, 2005
Date

ROBERT R. DI TROLIO
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:04-CV-02832 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Kavin M. Carter
6894 Rockbrook Drive
Memphis, TN 38141

Honorable Bernice Donald
US DISTRICT COURT