FILED BY _____ D.C.

05 AUG 17 PM 1: 40

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

---

**KAVIN M. CARTER,**

    Plaintiff,

v.

**CITIFINANCIAL MORTGAGE COMPANY, INC., et al.,**

    Defendants.

Case No.: 04-2832 D V

---

## ORDER

---

Before the court is the Plaintiff's motion for appointment of counsel (Docket #2). For cause, the motion is DENIED.

**IT IS SO ORDERED** this _17th_ day of _August_, 2005.

*(signature)*
BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8-18-05_

(7)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:04-CV-02832 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Kavin M. Carter
6894 Rockbrook Drive
Memphis, TN 38141

Honorable Bernice Donald
US DISTRICT COURT